

# Fourth Court of Appeals
## San Antonio, Texas

January 17, 2024

No. 04-23-00844-CV

La'Tesha **EVITT**,
Appellant

v.

**PECOR INVESTMENTS-2018-CLXIX, LP** dba Culebra Creek Apartment Homes,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2023CV00083
Honorable David J. Rodriguez, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION. Appellant is unable to afford payment of court costs. We do not tax any costs of court for this appeal.

It is so **ORDERED** on January 17, 2024.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of January, 2024.

_____
Michael A. Cruz, Clerk of Court